UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **CANDY BAKER,**<br>Plaintiff,<br><br>vs.<br><br>**GC SERVICES LIMITED PARTNERSHIP; and DOES 1 through 10, inclusive,**<br>Defendant. | Civil Action No. |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by plaintiff Candy Baker, an individual consumer, against defendant GC Services Limited Partnership, for violations of the law including, but not limited to, violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331 and 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Candy Baker is a consumer, a natural person allegedly obligated to pay any debt, residing in Broward County in the state of Florida.

4. Defendant, GC Services Limited Partnership is a foreign limited partnership engaged in the business of collecting debt in this state with its principal place of business located in the state of Texas. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

7. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8. Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff prior to May 23, 2012.

9. Upon information and belief, within one year preceding the date of this complaint, Defendant, in connection with an attempt to collect on an alleged debt, lied to and/or mislead Plaintiff, telling her it could garnish her wages, when it cannot.

10. As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in her feeling stressed, amongst other negative emotions.

## V. COUNTS

### COUNT I – VIOLATIONS OF THE FDCPA

11. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

12. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   (a) Defendant violated §1692f of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

   (b) Defendant violated §1692e(10) of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

   (c) Defendant violated §1692e(2)(B) of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt; and

   (d) Defendant violated §1692e(5) of the FDCPA by threatening to take action that it did not intend to take.

13. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

14. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Candy Baker for actual damages, statutory damages, and costs and attorney fees.

///

WHEREFORE, Plaintiff respectfully requests that judgment be entered against defendant GC Services Limited Partnership, for the following:

    A. Actual damages.

    B. Statutory damages pursuant to 15 U.S.C. § 1692k.

    C. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

    D. For such other and further relief as the Court may deem just and proper.

DATED: October 25, 2012

                          RESPECTFULLY SUBMITTED,
                          By: /s/ Benjamin H. Crumley
                          Benjamin H. Crumley, Esq.
                          Florida Bar No. 018284
                          Crumley & Wolfe, P.A.
                          2254 Riverside Avenue
                          Jacksonville, FL 32204
                          Phone: (904) 374-0111
                          Fax: (904) 374-0113
                          Email: ben@cwbfl.com

                          Counsel for plaintiff,
                          Candy Baker

## *DEMAND FOR JURY TRIAL*

Please take notice that plaintiff Candy Baker demands trial by jury in this action.