UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-62108-CV–WILLIAMS

CANDY BAKER,

    Plaintiff,

vs.

GC SERVICES LIMITED
PARTNERSHIP, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. On November 13, 2012, the Court issued an order (DE 6) requiring Plaintiff to show cause as to why this action should not be dismissed with prejudice in light of Plaintiff's Notice of Voluntary Dismissal (DE 4), which is self-executing under the Federal Rules of Civil Procedure. Plaintiff's response was due on or before November 21, 2012, although no filing has been made to date.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 29th day of November, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE